UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-80799-CIV-ZLOCH

ROGER CURTIS,

      Plaintiff,

vs.                                     **DEFAULT FINAL JUDGMENT AS TO**
                                        **THE FLOORING CONCEPT GROUP, INC.**

THE FLOORING CONCEPTS GROUP,
INC., a Florida corporation,
and DOMINICK POLIANDRO,
individually,

      Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Roger Curtis's Motion For Entry Of Final Default Judgment Against Corporate Defendant The Flooring Concepts Group, Inc. Pursuant To Court Order (DE 25) and the Court's prior Order Entering Default (DE 20). The Court has carefully reviewed said Motion, the Affidavits and Exhibits attached thereto, and the entire court file and is otherwise fully advised in the premises.

The Court notes that on or about October 4, 2005, Defendant The Flooring Concepts Group, Inc. (hereinafter "Flooring Concepts") was duly served with a copy of the Summons (DE 2) and Complaint (DE 1). See DE 6. After being served, an appearance on behalf of Flooring Concepts was made by Patrick St. George Cousins, Esquire. Said attorney subsequently filed a Motion To Withdraw As Counsel, see DE Nos. 12 and 13, which request was granted by prior Order (DE 16) of the Court. In said Order (DE 16) granting leave to withdraw, the Court noted that Flooring Concepts is a corporate

party that could not proceed pro se.  Accordingly, the Court directed Flooring Concepts to have filed a Notice of Appearance by counsel, and cautioned that a failure to do so would result in its pleadings being struck and a default being entered against it.

Despite the aforementioned warning, Flooring Concepts failed to have filed a Notice of Appearance in the time set forth by the Court's prior Order (DE 16).  The Court therefore entered default against said Defendant and directed Plaintiff to filed a Motion For Default Final Judgment.  See DE 20.  Plaintiff subsequently filed the instant Motion (DE 25).  Despite continued litigation between Plaintiff and the individual Defendant, Flooring Concepts has never attempted to remedy its pro se status, or have set aside the Court's prior Order Entering Default (DE 20).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.   This Court has personal jurisdiction over the parties hereto and the subject matter herein;

2.   Plaintiff Roger Curtis's Motion For Entry Of Final Default Judgment Against Corporate Defendant The Flooring Concepts Group, Inc. Pursuant To Court Order (DE 25) be and the same is hereby **GRANTED**;

3.   Pursuant to Federal Rules of Civil Procedure 55 and 58, Final Default Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Roger Curtis and against Defendant The Flooring

Concepts Group, Inc.; and

    4.    Plaintiff Roger Curtis does have and recover from Defendant The Flooring Concepts Group, Inc. damages in the amount of \$30,374.00 and attorneys fees and costs in the amount of \$11,815.00, for a total of \$42,189.00, together with interest thereon at the rate of 4.93% from the date of this Final Default Judgment, for all of which let execution issue.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of March, 2007.



WILLIAM J. ZLOCH
Chief United States District Judge


Copies furnished:

Gregg I. Shavitz, Esq.
For Plaintiff

Dominick Poliandro, Pro Se
6291 Windlass Circle
Boynton Beach, FL 33437